31 F.3d 812
 SUBAFILMS, LTD.; The Hearst Corp.,
Plaintiffs-counter-defendants-Appellees,
v.
MGM-PATHE COMMUNICATIONS CO., fka MGM/UA Communications Co.
and as United Artists Corporation; MGM/UA Home Video, Inc.;
Warner Home Video, Inc.; Warner Bros. Inc.,
Defendants-counter-claimants-Appellants.
SUBAFILMS, LTD.; The Hearst Corp., Plaintiffs-Appellants,
v.
MGM-PATHE COMMUNICATIONS CO., fka MGM/UA Communications Co.
and as United Artists Corporation; MGM/UA Home Video, Inc.;
Warner Home Video, Inc.; Warner Bros. Inc.; United
Artists Corporation, Defendants-Appellees.
 Nos. 91-56248, 91-56379 and 91-56289.
 United States Court of Appeals,
Ninth Circuit.
 July 26, 1994.
 
 Before: D. W. NELSON, HALL, and RYMER, Circuit Judges.
 
 ORDER
 
 1
 This case is remanded to the district court for further proceedings consistent with this circuit's opinion in Subafilms, Ltd. v. MGM-Pathe Communications Co., 24 F.3d 1088 (9th Cir.1994) (en banc).